IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-605-MOC-DCK

| | |
|---|---|
| YAN DONG, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BASF CORPORATION and JONATHAN ANTONUCCI, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) concerning Theresa Donahue Egler, filed April 12, 2012. Ms. Egler seeks to appear as counsel *pro hac vice* for Defendants BASF Corporation and Jonathan Antonucci.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Egler is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants BASF Corporation and Jonathan Antonucci.

Signed: April 13, 2012

David C. Keesler
United States Magistrate Judge