IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-605-MOC-DCK

| | |
|---|---|
| YAN DONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BASF CORPORATION and | ) |
| JONATHAN ANTONUCCI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Amend Pretrial Order And Case Management Plan" (Document No. 13) filed November 19, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Amend Pretrial Order And Case Management Plan" (Document No. 13) is **GRANTED**. The new deadlines are as follows:

| | |
|---|---|
| Discovery completion | January 28, 2013; |
| Mediation | February 8, 2013; |
| Dispositive Motions | March 8, 2013; and |
| Trial | August 5, 2013. |

Signed: November 20, 2012

David C. Keesler
United States Magistrate Judge