# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-605-MOC-DCK

| | |
|---|---|
| YAN DONG, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| BASF CORPORATION and<br>JONATHAN ANTONUCCI, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Yan Dong's Motion To Alter or Amend Judgment" (Document No. 50) filed May 17, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> Plaintiff's motion.

Plaintiff essentially requests that the undersigned reconsider and amend a previous "Order" (Document No. 48) which denied: "Plaintiff's Motion For Extension Of Time To Complete Discovery" (Document No. 37); "Plaintiff's Motion To Compel Defendants To Comply With This Court's March 19, 2013 Order" (Document No. 38); and "Plaintiff's Motion To Compel Defendants To Produce Documents Responsive To Plaintiff's Third Document Production Request" (Document No. 46). Plaintiff's request to reconsider and/or amend fails to present any persuasive or new information suggesting that the Court's previous Order was in error. (Document No. 50).

The undersigned further notes that Plaintiff's response to Defendants' pending summary judgment motion is due by May 31, 2013, and that Judge Cogburn will hold a hearing in this

matter on June 19, 2013.  See (Document No. 49).  As such, the undersigned again respectfully advises Plaintiff that "the time for discovery has passed, and this matter is now ripe for adjudication by summary judgment and/or trial." (Document No. 48, p.4).

**IT IS, THEREFORE, ORDERED** "Plaintiff Yan Dong's Motion To Alter or Amend Judgment" (Document No. 50) is **DENIED**.

**SO ORDERED**.

Signed: May 17, 2013

David C. Keesler
United States Magistrate Judge