# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:11-CV-605-MOC-DCK

| | |
|---|---|
| YAN DONG, | ) |
|     Plaintiff, | ) |
| v. | )    **ORDER** |
| BASF CORPORATION, and JONATHAN ANTONUCCI | ) |
|     Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Ex. 2 And Ex. 3 In Motion To Strike The May 2, 2013 Affidavit Of Jonathan Antonucci" (Document No. 53) filed May 21, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for review. Having carefully considered the motion and the record, the undersigned will grant the motion.

On June 12, 2013, Defendants filed a letter to the undersigned, "in lieu of a more formal response to Plaintiff's Motion To Seal (Doc. 53)," advising the Court that "Defendants do not oppose" Plaintiff's pending "Motion To Seal Ex. 2 And Ex. 3…" (Document No. 66). It is unclear why Defendants failed to file a timely response to Plaintiff's motion, pursuant to Local Rule 7.1 (E), especially since Defendants agree that the documents at issue should be sealed by the Court. Id. Nevertheless, the Court appreciates Defendants' confirmation that the motion is unopposed.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Ex. 2 And Ex. 3 In Motion To Strike The May 2, 2013 Affidavit Of Jonathan Antonucci" (Document No. 53) is **GRANTED**.

Signed: June 12, 2013

_____
David C. Keesler
United States Magistrate Judge