# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-605-MOC-DCK

| | |
|---|---|
| YAN DONG, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BASF CORPORATION, and<br>JONATHAN ANTONUCCI | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Exhibit 5 & 6 In The Amended Affidavit Of Yan Dong" (Document No. 71) filed June 24, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for review. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion. See (Document No. 73).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Exhibit 5 & 6 In The Amended Affidavit Of Yan Dong" (Document No. 71) is **GRANTED**.

Signed: June 28, 2013

David C. Keesler
United States Magistrate Judge